IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM DREFAHL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 13-cv-244-bbc

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration,

    Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered remanding plaintiff's claim for disability insurance benefits and social security income pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

| | |
|---|---|
| s/K. Jacobson, Deputy Clerk | 6/10/2014 |
| Peter Oppeneer, Clerk of Court | Date |