IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM DREFAHL,

                        Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                        Defendant.

ORDER

13-cv-244-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

David Traver, counsel for plaintiff William Drefahl has moved for authorization of an award of attorney fees for his work representing plaintiff in this social security proceeding.  Counsel is seeking $9,238.13 under the Equal Access to Justice Act, 28 U.S.C. 2412, in full satisfaction of any claim for fees and costs in this case.

The Commissioner does not oppose counsel's request; however she wants to ensure that in the event that plaintiff owes a pre-existing debt to the United States, that debt may offset plaintiff's attorney fees under Astrue v. Ratliff, 130 S.Ct. 2521 (2010).

After entry of this order, if counsel for the parties can verify that plaintiff owes no pre-existing debt subject to offset, defendant will direct that the award be made payable to plaintiff's counsel under the EAJA assignment signed by plaintiff and his counsel.

ORDER

IT IS ORDERED that plaintiff William Drefahl's motion for attorney fees and costs in the amount of $9,238.13, dkt. 28, is GRANTED. This amount is to be made payable to plaintiff's attorney, David Traver contingent upon payment of money owed to the United States.

Entered this 7th day of January, 2015.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge